IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| **LARRY DEWAYNE GARRETT** § | | |
| **(Bell County #78622)** § | | |
| § | | |
| **V.** § | | **W-23-CA-607-ADA** |
| § | | |
| **OFFICER ALCOZA, et al.** § | | |

## ORDER OF DISMISSAL

On August 31, 2023, the Court ordered Plaintiff to file another more definite statement answering particular questions because his original responses had been inadequate. Plaintiff had until October 2, 2023, to comply with the Court's order. Although Plaintiff has filed several documents, none of them were responsive to the Court's order. Therefore, on October 3, 2023, the Court ordered Plaintiff to show cause why his case should not be dismissed. Plaintiff had until November 2, 2023, to comply with the Court's order. Plaintiff filed another complaint that contained even less information than his original complaint. Plaintiff also filed several documents that were difficult to understand, but sought in part certain discovery, including information on phone calls made to every officer or inmate of the jail from several pop culture figures, including Beyonce, Nicki Minaj, Janet Jackson, Britney Spears, and others.[1] Otherwise,

---

[1] A court may dismiss a claim as factually frivolous only if the facts are "clearly baseless, a category encompassing allegations that are 'fanciful,' 'fantastic,' and 'delusional.'" *Hicks v. Garner*, 69 F.3d 22, 25 (5th Cir. 1995). Although Plaintiff's case is dismissed without prejudice for want of prosecution, it also appears that the vast majority of Plaintiff's claims fall within this category.

Plaintiff has not filed any document which could be deemed responsive to the Court's orders for a more definite statement and to show cause.

The Court has the inherent power under Rule 41(b) of the Federal Rules of Civil Procedure to dismiss a case *sua sponte* where necessary to achieve orderly, expeditious disposition of cases. Because Plaintiff has failed to comply with the Court's orders his case is dismissed for want of prosecution and for failure to obey an order of the Court.

In light of the above, it is therefore **ORDERED, ADJUDGED, and DECREED** that this case be **DISMISSED WITHOUT PREJUDICE** and **CLOSED**

**SIGNED** on November 9, 2023

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE